UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANGEL ANTONIO BENITEZ HERNANDEZ,

    Plaintiff,

Case No. 25-cv-10264
Hon. Matthew F. Leitman

v.

U.S. ATTORNEY GENERAL,
Merrick B. Garland, et al.,

    Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  June 24, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2025, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126